UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 FEB 22 PM 1:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MARIA SANDOVAL-DADO,

           Defendant.

CASE NO. 10CR0131-BTM

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 21:952 and 960 - Importation of Methamphetamine

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/18/10

_____
ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____